**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CHANTIA M. MILLER, | : | |
| *Plaintiff*, | : | Case No. 1:25-cv-772 |
| vs. | : | Judge Jeffery P. Hopkins |
| CITY OF CINCINNATI, *et al.*, | : | |
| *Defendants*. | : | |

# SCHEDULING ORDER

A preliminary pretrial conference was held by telephone in this case on April 21, 2026. Attorney Justin M. Whittaker appeared on behalf of Plaintiff; Attorneys Timothy G. Werdmann and Kimberly A. Rutowski appeared on behalf of Defendants.

## PERTINENT SETTINGS

| | |
|---|---|
| Required disclosures under Fed. R. Civ. P. 26(a)(1): | **May 8, 2026** |
| Settlement demand by Plaintiff upon Defendant to be made by: | **June 26, 2026** |
| Response to settlement demand by: | **July 31, 2026** |
| Deadline for motions directed to pleadings: | **June 29, 2026** |
| Deadline for motions to amend pleadings and/or add parties: | **May 29, 2026** |

*Following these dates, motions directed to pleadings and amendment to pleadings may be made only upon leave of Court, with notice to opposing counsel.*

| | |
|---|---|
| Disclosure of lay witnesses: | **November 20, 2026** |
| Plaintiff's expert report(s) and designation(s): | **February 26, 2027** |
| Defendants' expert report(s) and designation(s): | **March 26, 2027** |

| | |
|---|---|
| Rebuttal expert report(s) and designation(s): | **April 16, 2027** |
| Deadline for discovery: | **May 28, 2027** |

*The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d). Nothing contained herein is intended or shall serve to limit a party's right to conduct a review of documents, ESO or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.*

| | |
|---|---|
| Dispositive motion deadline: | **July 2, 2027** |

*Motions for summary judgment shall not be filed before the close of discovery without leave of Court. See Standing Order Governing Civil Cases.*

| | |
|---|---|
| Final Pretrial Conference: | **To be determined** |
| Jury Trial: | **To be determined** |

**IT IS SO ORDERED**.

Dated: April 23, 2026

Jeffery P. Hopkins
United States District Judge